People v Francis (2023 NY Slip Op 51282(U))

[*1]

People v Francis (Stephen)

2023 NY Slip Op 51282(U)

Decided on November 27, 2023

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on November 27, 2023
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Tisch, J.

570613/18

The People of the State of New York, Respondent,
against
Stephen Francis, Defendant-Appellant.

Defendant appeals from an order of the Criminal Court of the City of New York, New York County (Steven M. Statsinger, J.), dated August 9, 2018, which, after a hearing, designated him a level two sex offender under the Sex Offender Registration Act (Correction Law Art. 6-C).

Per Curiam.
Order (Steven M. Statsinger, J.), dated August 9, 2018, affirmed.
The record supports the level two sex offender adjudication. The SORA court properly assessed 10 points under risk factor 12. Defendant did not show a genuine acceptance of responsibility (see People v Williams, 192 AD3d 461, 462 [2021], lv denied 37 NY3d 907 [2021]). Nor does the record establish that these points were assessed in violation of defendant's Fifth Amendment right against self-incrimination. Defendant did not have a pending direct appeal at the time of his SORA hearing (see People v Rivera, 212 AD3d 483, 484 [2023], lv denied 39 NY3d 912 [2023]; compare People v Krull, 208 AD3d 163, 171-172 [2022], lv denied 39 NY3d 1093 [2023]), and, in fact, had not even filed a timely notice of appeal from the underlying conviction.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: November 27, 2023